```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20363
   DANNY A THOMPSON
   DEBBIE M THOMPSON                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-8485     SSN XXX-XX-4648

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/20/05 and confirmed on 08/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  29160.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA  CURRENT MORTG        .00             .00            .00
AMERICAN GENERAL FINANCE  SECURED           3575.00          145.49        3575.00
CAPITAL ONE AUTO FINANCE  SECURED              .00             .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED       20267.15             .00        8491.15
RESURGENT CAPITAL SERVIC  UNSECURED       15367.39             .00        6438.34
ECAST SETTLEMENT CORPORA  UNSECURED        1255.85             .00         526.15
RESURGENT CAPITAL SERVIC  UNSECURED       12099.57             .00        5069.25
AMERICAN GENERAL FINANCE  UNSECURED        2936.31             .00        1230.20
GE MONEY BANK             UNSECURED         392.23             .00         164.33
        Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3575.00        .00     52318.50         .00      55893.50
PRINCIPAL PAID      3575.00        .00     21919.42         .00      25494.42
INTEREST PAID        145.49        .00          .00         .00        145.49
TOTAL PAID          3720.49        .00     21919.42         .00      25639.91
The Debtor's attorney, JOHN A REED                      , was allowed $  2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $   1226.09 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 08/19/08                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 20363 DANNY A THOMPSON & DEBBIE M THOMPSON